UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CVS HEALTH CORPORATION AND CVS PHARMACY, INC., <br><br>　　　　　　Movants,<br>　v.<br><br>THRIFTY DRUG STORES, INC.,<br><br>　　　　　　Respondent. | No. |

MOTION TO COMPEL
PRODUCTION OF DOCUMENTS
<u>RESPONSIVE TO RULE 45 SUBPOENA</u>

　　　Pursuant to Federal Rule of Civil Procedure 45, CVS Pharmacy, Inc. and CVS Health Corporation ("CVS") moves to compel compliance with Requests 1-5 in a subpoena for documents served upon Thrifty Drug Stores, Inc. ("Thrifty White") by CVS in the underlying action *Blue Cross & Blue Shield of Alabama v. CVS Pharmacy, Inc*., Civil Action No. 1:20-cv-00236-WES-PAS (lead case), pending in the United States District Court for the District of Rhode Island, and the related cases.

　　　The place of compliance for the subpoena is Minnesota, and therefore CVS brings this motion in this Court. This motion is based upon the memorandum of law and supporting papers filed contemporaneously herewith, as well as the arguments of counsel and all files, records, and proceedings herein.

1

Dated: July 26, 2023

Respectfully submitted,

/s/ Samuel M. Johnson

Samuel M. Johnson (#395451)
SKOLNICK & BARDWELL, P.A.
1150 SPS Tower
333 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 677-7600
Fax: (612) 677-7601

Grant A. Geyerman
(*pro hac vice* motion to be filed)
Jamie Wolfe (*pro hac vice* motion to be filed)
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for CVS Health Corp. and CVS Pharmacy, Inc.*