UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CVS HEALTH CORPORATION AND CVS PHARMACY, INC.,<br><br>Movants,<br>v.<br><br>THRIFTY DRUG STORES, INC.,<br><br>Respondent. | No. |

## MEET AND CONFER CERTIFICATION

Pursuant to Local Rule 7.1(a)(1), Movant CVS Pharmacy, Inc. and CVS Health Corporation ("CVS") hereby certify that CVS, through counsel, met and conferred in good faith with Respondents' counsel on June 26 & 29, 2023 and July 13, 2023 regarding Thrifty White's response to CVS's subpoena and/or the instant motion compel the production of documents in response to CVS's subpoena. Respondents do not agree to any of the relief sought in the motion.

Dated: July 26, 2023        Respectfully submitted,

/s/ Samuel M. Johnson

Samuel M. Johnson (#395451)
SKOLNICK & BARDWELL, P.A.
1150 SPS Tower
333 South 7th Street

Minneapolis, MN 55402
Telephone: (612) 677-7600
Fax: (612) 677-7601

Grant A. Geyerman
(*pro hac vice* motion to be filed)
Jamie Wolfe (*pro hac vice* motion to be filed)
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for CVS Health Corp. and
CVS Pharmacy, Inc.*

2