**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CVS HEALTH CORPORATION AND CVS PHARMACY, INC.,<br><br>         Movants,<br>  v.<br><br>THRIFTY DRUG STORES, INC.,<br><br>         Respondent. | No. |

## LOCAL RULE 7.1(f) WORD COUNT COMPLIANCE CERTIFICATION

I, Samuel M. Johnson, certify that CVS Health Corporation's and CVS Pharmacy, Inc.'s (collectively, "CVS's") Memorandum of Law in Support of CVS's Motion to Compel Production of Documents Responsive to Rule 45 Subpoena complies with Local Rule 7.1(f). The Memorandum was prepared in 13-point font using Microsoft Word 2010.  It contains 2,602 words including all text, headings, quotations, and footnotes.

Dated: July 26, 2023              Respectfully submitted,

                                     /s/ Samuel M. Johnson

                                     Samuel M. Johnson (#395451)
                                     SKOLNICK & BARDWELL, P.A.
                                     1150 SPS Tower
                                     333 South 7th Street
                                     Minneapolis, MN 55402
                                     Telephone: (612) 677-7600
                                     Fax: (612) 677-7601

Grant A. Geyerman
(*pro hac vice* motion to be filed)
Jamie Wolfe (*pro hac vice* motion to be filed)
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for CVS Health Corp. and*
*CVS Pharmacy, Inc.*

2