```
     UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF RHODE ISLAND

-----------------------------------------

Blue Cross and Blue Shield
of Alabama, et al.,
          Plaintiffs,
vs.
CVS Health Corporation, et al.,
          Defendants.
          Case No. 1:20-cv-236-WES-PAS
          Case No. 1:20-cv-458-WES-PAS
          Case No. 1:20-cv-507-WES-PAS
          Case No. 1:20-cv-520-WES-PAS
          Case No. 1:21-CV-223-WES-PAS

-----------------------------------------

               DEPOSITION

of Krystal Wheeler Dennis, taken
pursuant to notice to take oral
deposition, at the Law Office of
O'Keefe, O'Brien, Lyson Attorneys, 720
Main Avenue, Fargo, North Dakota 58103,
on the 31st day of May, 2023, before
Nathan D. Engen, a notary public in and
for the State of Minnesota.
```



```
 1
 2
 3
 4
 5
 6
 7    APPEARANCES:
 8
 9    Ms. Jamie Wolfe
      Mr. Grant A. Geyerman
10    WILLIAMS & CONNOLLY LLP
      Attorneys at Law
11    680 Maine Avenue SW
      Washington, D.C. 20024
12    Appearing on behalf of the Defendants
13
14    Mr. Michael A. Petrino
      STEIN MITCHELL BEATO & MISSNER LLP
15    Attorneys at Law
      2000 K Street NW
16    Suite 600
      Washington, D.C. 20006
17    Appearing on behalf of the Plaintiffs
18
19
20
21
22
23
24
25
```



Page 31

| | | |
|---|---|---|
| 1 | A | Similar to the responsibilities at the |
| 2 | | other retail pharmacy where it would've |
| 3 | | been filling medications, counseling |
| 4 | | patients. Some adjudication of claims. |
| 5 | Q | When you say that you had |
| 6 | | responsibility for 'counseling |
| 7 | | patients' at these three internships, |
| 8 | | did that include counseling patients on |
| 9 | | ways that they could save money on |
| 10 | | their prescriptions? |
| 11 | A | Not that I recall, no. |
| 12 | Q | Did you hold any other internships |
| 13 | | while you were at pharmacy school or |
| 14 | | before pharmacy school? |
| 15 | A | No. |
| 16 | Q | So what was your first job after you |
| 17 | | graduated in 2007? |
| 18 | A | I worked for Thrifty White Pharmacy in |
| 19 | | Grafton, North Dakota. |
| 20 | Q | And what was your title there? |
| 21 | A | I was the pharmacy manager. |
| 22 | Q | What years did you work there? |
| 23 | A | Roughly 2007 to 2012. |
| 24 | Q | What were your responsibilities as the |
| 25 | | pharmacy manager? Was that the |



Page 32

```
 1           position you held the whole time?
 2    A      Yes.
 3    Q      And what were your responsibilities?
 4    A      Responsibilities included general
 5           management of the pharmacy including
 6           staff, technicians, oversight of the --
 7           their abilities, filling prescriptions.
 8    Q      Did you also dispense prescriptions?
 9    A      Dispensing prescriptions.
10    Q      Did you play any role in the
11           adjudication of transactions?
12    A      Yes.
13    Q      And what role was that?
14    A      The technicians and myself as the
15           pharmacist would adjudicate the claims.
16           So we would enter in claims, relevant
17           claims, information for the -- for the
18           patient as well as for the
19           prescription.
20                    And then process those
21           claims.
22    Q      While you were working at Thrifty
23           White, do you remember if they had any
24           sort of membership program?
25    A      Yes.
```



Page 33

```
 1  Q     Can you tell me about that membership
 2        program?
 3  A     Yes.  What I recall is there was a
 4        membership program that members had to
 5        pay a fee for and they got access to a
 6        list of medications at a certain price
 7        point.
 8  Q     Did members have to enroll in the
 9        program in order to get access to those
10        prices?
11  A     They did have to sign up to be a part
12        of it, yes.
13  Q     Do you remember what the enrollment fee
14        was?
15  A     I don't remember what the enrollment
16        fee was.
17              MS. WOLFE:  I'm gonna give
18        you something I'm marking as Exhibit 2.
19              REPORTER'S NOTE:  Whereupon,
                Krystal Wheeler Dennis
20              Deposition Exhibit Number 2
                was marked for
21              identification.
22              MS. WOLFE:  Thank you.
23
24        By Ms. Wolfe:
25  Q     So this is a print off from the Thrifty
```



Page 34

| | | |
|---|---|---|
| 1 | | White website from July of 2013. |
| 2 | | And if we look at this, we |
| 3 | | see that customers could sign up for |
| 4 | | the Rx Savings Club Plus and start |
| 5 | | saving on over 350 generic drugs; is |
| 6 | | that right? |
| 7 | A | Yes, that is what it states. |
| 8 | Q | And is that similar to your memory? |
| 9 | A | Yes. |
| 10 | Q | And according to this, the yearly |
| 11 | | membership fee was $10 for an |
| 12 | | individual or $15 for a family; is that |
| 13 | | right? |
| 14 | A | Yes, that is what it states. |
| 15 | Q | And is that similar to your memory? |
| 16 | A | Yes. |
| 17 | Q | And it says that members could get a |
| 18 | | 90-day prescription for $9.99, or |
| 19 | | 30-day supply for $4; is that right? |
| 20 | A | Correct. |
| 21 | Q | And is that similar to what you |
| 22 | | remember? |
| 23 | A | Yes. |
| 24 | Q | And insured people could join the |
| 25 | | Thrifty White membership program even |



Page 35

```
 1           if they had insurance; is that right?
 2    A      Yes.
 3    Q      Do you remember if there were any other
 4           requirements for membership besides
 5           enrollment and payment of the fee?
 6    A      I don't remember.
 7    Q      Did Thrifty White Pharmacy submit the
 8           membership program price to insurance
 9           companies as the usual and customary
10           price for the same drug quantity
11           purchase at that pharmacy by customers
12           using their insurance?
13    A      I do not know.
14    Q      So you have no recollection of whether
15           or not the membership program price at
16           Thrifty White was submitted as the
17           usual and customary price?
18    A      I do not.
19    Q      But you were the pharmacy manager at
20           Thrifty White while the program was
21           still in place?
22    A      Correct.
23    Q      And you had responsible for
24           adjudicating the prescriptions at
25           times?
```



Page 36

1  A   We did adjudicate the prescriptions on
2      the front end, but the process in which
3      those prescriptions were paid on the
4      back end was out -- outside of our
5      scope of work.
6  Q   Could you see the usual and customary
7      price for drugs when you were
8      responsible for adjudicating it?
9  A   I don't know.
10 Q   At the time that you were working at
11     Thrifty White Pharmacy did you think it
12     was important to know whether or not
13     the membership program price was being
14     submitted as usual and customary?
15 A   I don't know.
16 Q   You don't know whether or not you
17     thought it was important?
18 A   I don't.  No.  Again, at that time the
19     -- the pricing piece was all taken care
20     of behind the scenes.  So it wasn't
21     something the pharmacists had direct
22     contact with.
23 Q   When you say you don't know whether or
24     not you thought it was important, is
25     that because you don't remember whether



Page 37

1        or not you thought it was important?
2        Or what do you mean by you don't know
3        if you thought it was important?
4    A   I --
5                MR. PETRINO:  -- objection;
6        form.
7                THE WITNESS:  I don't recall
8        if I felt it was important.
9
10       By Ms. Wolfe:
11   Q   But you worked at Thrifty White for at
12       least five years while the membership
13       program was being offered; is that
14       correct?
15   A   I'm unsure if the membership program
16       was offered that entire time.
17   Q   Do you remember if it was offered for
18       the majority of the time that you
19       worked at Thrifty White?
20   A   I -- I don't recall the timeline on it.
21   Q   Do you remember any discussions within
22       Thrifty White about whether the
23       membership program price should be
24       submitted as the usual and customary
25       price?



Page 38

| | | |
|---|---|---|
| 1 | A | I do not. |
| 2 | Q | Do you remember anyone inquiring about whether or not Thrifty White's membership program price was being submitted as the usual and customary price? |
| 7 | A | I do not recall, no. |
| 8 | Q | Sitting here today, do you think it would be important to know whether or not Thrifty White was submitting its membership program price as usual and customary price? |
| 13 | A | I do think it would it be important. |
| 14 | Q | And why has your perspective on that changed? |
| 16 | A | Because of the -- the research and knowing what I know today. |
| 18 | Q | And when you refer to the 'research,' are you referring to the research that you conducted after this litigation was filed? |
| 22 | A | Correct. |
| 23 | Q | So prior to this litigation being filed, you don't recall whether or not it would've been important to know if |



Page 39

| | | |
|---|---|---|
| 1 | | membership program prices were being |
| 2 | | submitted as U&C? |
| 3 | A | I don't think I had ever thought of it. |
| 4 | Q | After you worked at Thrifty White in |
| 5 | | 2012, what was your next position? |
| 6 | A | My next position was also at Thrifty |
| 7 | | White, and moved into a long-term care |
| 8 | | facility type role. |
| 9 | Q | And how long did you hold that position |
| 10 | | for? |
| 11 | A | Roughly four years. |
| 12 | Q | So until around 2016? |
| 13 | A | Correct. |
| 14 | Q | What was your title within the |
| 15 | | long-term care? |
| 16 | A | I was a pharmacist for part of the time |
| 17 | | there.  And I was a pharmacy manager |
| 18 | | for part of the time there. |
| 19 | Q | And what were your responsibilities as |
| 20 | | a pharmacist? |
| 21 | A | Pharmacist would be filling the |
| 22 | | medications, entering orders, making |
| 23 | | medication administration records, |
| 24 | | ensuring that members had correct |
| 25 | | clinical overview of their -- their |



Page 47

1  Q     And did you have people that reported
2        to you?
3  A     No.
4  Q     Then in 2020 you moved positions; is
5        that right?
6  A     I think it was -- I think it was 2019.
7  Q     Do you remember approximately what
8        month in 2019?
9  A     It was May-ish of 2019.
10 Q     And you became the director of pharmacy
11       operations?
12 A     Correct.
13 Q     What are your positions in that
14       position -- I mean what are your
15       responsibilities?  I'm sorry.
16 A     So, oversight of the pharmacy program
17       in general.  We hold the relationship
18       with the PBM, so Prime Therapeutics.
19              We do formulary management,
20       clinical programs management, medical
21       drugs management, we operate all the --
22       the policies related to medical drug
23       managements that come out of our team.
24              We also do the prior
25       approvals and appeals.  And then some

