**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CVS HEALTH CORPORATION AND CVS PHARMACY, INC.,<br><br>     Movants,<br><br> v.<br><br>THRIFTY DRUG STORES, INC.,<br><br>     Respondent. | No. 0:23-mc-00077 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, I caused the following documents to be filed electronically through the ECF system on July 26, 2023 and served on respondent Thrifty Drug Stores, Inc. ("Thrifty White") by email to its counsel at Arnall, Golden, Gregory LLP, on July 27, 2023, who confirmed that he was authorized to accept service of these documents by email on Thrifty White's behalf.

- Motion to Compel Production of Documents Responsive to Rule 45 Subpoena (ECF No. 1);

- Meet and Confer Certification (ECF No. 2);

- Memorandum of Law in Support of CVS's Motion to Compel Production of Documents Responsive to Rule 45 Subpoena (ECF No. 3);

- Local Rule 7.1(f) Word Count Compliance Certification (ECF No. 3-1);

- Declaration of Grant A. Geyerman in Support of CVS's Motion to Compel Production of Documents Responsive to Rule 45 Subpoena (ECF No. 4);

- Supporting Exhibits A-D (ECF Nos. 4-1 – 4-4);

- Proposed Order (ECF No. 5);

- The Court's July 27, 2023 Text Order (ECF No. 8).

Dated: July 28, 2023                    Respectfully submitted,

/s/ Samuel M. Johnson

Samuel M. Johnson (#395451)
SKOLNICK & BARDWELL, P.A.
1150 SPS Tower
333 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 677-7600
Fax: (612) 677-7601

Grant A. Geyerman
(*pro hac vice* motion to be filed)
Jamie Wolfe (*pro hac vice* motion to be filed)
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for CVS Health Corp. and
CVS Pharmacy, Inc.*

2